IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PK STUDIOS, INC.,

    Plaintiff,

v.                                                                                     Case No. 2:15-cv-00389-UA-CM

R.L.R. INVESTMENTS, LLC,
EAGLES LANDING VILLAS at
GOLDEN OCALA, LLC,
GOLDEN OCALA GOLF &
EQUESTRIAN CLUB MANAGEMENT, LLC,
STOCK DEVELOPMENT, LLC,
and BRIAN STOCK,

    Defendants.
_____/

**UNOPPOSED MOTION TO EXTEND DEADLINE TO HOLD
TELEPHONIC CASE MANAGEMENT CONFERENCE *NUNC PRO TUNC***

    Plaintiff, PK STUDIOS, INC., by and through its undersigned counsel, moves for an extension of time, *nunc pro tunc*, to conduct a telephonic case management conference. Plaintiff acknowledges that because the Court designated this matter as a Track Two case, all parties must comply with Local Rule 3.05(c)(2)(B), which requires counsel to meet within 60 days after service of the complaint upon any defendant, for the purposes of preparing and filing a Case Management Report. That deadline was not met in this case. Therefore, Plaintiff requests an extension of time *nunc pro tunc* until November 20, 2015, to allow time to coordinate the schedules of counsel in this case and conduct the case management conference in compliance with this Court's Related Case Order and Track Two Notice. (Doc. #4).

Plaintiff also requests leave of Court to conduct the case management conference telephonically as counsel are geographically dispersed throughout Florida, in Naples, Sarasota, Ft. Lauderdale, and Tampa.

### Local 3.01(g) Certification

The undersigned counsel certifies that he has conferred with counsel for Defendants, who have expressed no objection to Plaintiff's requested extension of time, nor to conducting the case management conference telephonically.

Dated this 4th day of November, 2015.

**WOODS, WEIDENMILLER, MICHETTI & RUDNICK, P.L.**

By: __s/ Gregory N. Woods_____
    Gregory N. Woods
    Florida Bar No. 175500
    Woods, Weidenmiller, Michetti & Rudnick, P.L.
    9045 Strada Stell Court, Suite 400
    Naples, FL 34109
    Telephone:  (239) 325-4070
    Facsimile:  (239) 325-4080
    gwoods@lawfirmnaples.com
    Attorney for Plaintiff

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of November, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

Edmond E. Koester
David Kerem
Coleman, Yovanovich, Koester, P.A.
4001 Tamiami Trail North, Suite 300
Naples, Florida 34103
Telephone: (239) 435-3535
Facsimile: (239) 435-1218

ekoester@cyklawfirm.com
dkerem@cyklawfirm.com
Attorneys for Brian Stock & Stock Development, LLC

David S. Preston
Dickinson & Gibbons, PA
401 N. Cattlemen Road, Suite 300
Sarasota, FL 34232
Telephone: (941) 366-4680
Facsimile: (941) 365-2923
dpreston@dglawyers.com
Attorney for Brian Stock & Stock Development, LLC

Jennifer L. Whitelaw
Whitelaw Legal Group
3838 Tamiami Trail North, Third Floor
Naples, Florida 34103
Telephone: (239) 262-1001
Facsimile: (239) 261-0057
Email: usdcmail@whitelawfirm.com
Attorney for R.L.R. Investments, LLC,
Eagles Landing Villas at Golden Ocala, LLC,
and Golden Ocala Golf & Equestrian Club Management, LLC

Michael K. McCaffrey
Litchfield Cavo, LLP
600 Corporate Drive, Suite 600
Ft. Lauderdale, FL 33334
Telephone: (954) 689-3000
Facsimile: (954) 689-3001
Email: mccaffrey@litchfieldcavo.com
Attorney for R.L.R. Investments, LLC

Thomas Folger Brink
Chandra Waite Dasrat
PO Box 341122
Tampa, FL 33694
Telephone: (813) 289-0690
Facsimile: (813) 229-8313
Email brink@litchfieldcavo.com
Attorney for R.L.R. Investments, LLC

**WOODS, WEIDENMILLER, MICHETTI & RUDNICK, P.L.**

By: _s/ Gregory N. Woods_
    Gregory N. Woods, Esq.