UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PK STUDIOS, INC.,

    Plaintiff,

v.                                          Case No:   2:15-cv-389-FtM-99CM

R.L.R. INVESTMENTS, LLC,
EAGLES LANDING VILLAS AT
GOLDEN OCALA, LLC, GOLDEN
OCALA GOLF & EQUESTRIAN
CLUB MANAGMENT, LLC,
STOCK DEVELOPMENT, LLC
and BRIAN STOCK,

    Defendants.

## ORDER

This matter comes before the Court upon review of Defendants R.L.R. Investment, LLC, Eagles Landing Villas at Golden Ocala, LLC, and Golden Ocala Golf & Equestrian Club Management, LLC's (collectively the "Developer Defendants") Motion for Short Enlargement of Time to Respond to Stock Development and Brian Stock's Discovery Requests Served January 11, 2017 (Doc. 135), filed on February 10, 2017.  The Developer Defendants seek a one-week extension of their deadline to respond to Defendants Brian Stock and Stock Development LLC's discovery requests served on January 11, 2017.  Doc. 135 at 1. The parties' discovery deadline expired on February 10, 2017.[1]  Docs. 81.

---

[1] On February 7, 2017, the Court granted Plaintiff's motion for extension of time to substitute its damages expert and allowed the parties until February 17, 2017 to jointly file a motion to extend the Court-ordered deadlines.  Doc. 131 at 11.

The motion states that the Developer Defendants' counsel could not obtain the opposing counsel's position on the requested relief because of the opposing counsel's unavailability. Doc. 135 at 3. Local Rule 3.01(g) requires that each motion filed in a civil case, with certain enumerated exceptions not at issue here, contain a statement "stating whether counsel agree on the resolution of the motion," and further provides that a statement to the effect that counsel for the moving party attempted to confer with counsel for the opposing party but counsel was unavailable is "insufficient to satisfy the parties' obligation to confer." M.D. Fla. R. 3.01(g). Hence, this motion does not comply with Local Rule 3.01(g).

ACCORDINGLY, it is hereby

**ORDERED:**

Defendants R.L.R. Investment, LLC, Eagles Landing Villas at Golden Ocala, LLC and Golden Ocala Golf & Equestrian Club Management, LLC's Motion for Short Enlargement of Time to Respond to Stock Development and Brian Stock's Discovery Requests Served January 11, 2017 (Doc. 135) is **DENIED without prejudice**.

**DONE** and **ORDERED** in Fort Myers, Florida on this 13th day of February, 2017.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record